RECEIVED IN ALEXANDRIA, LA.
MAY 26 2009
TONY R. MOORE, CLERK
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| OTIS HASTY (B.O.P.#10813-058) | DOCKET NO. 08-CV-1705; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN FREDERICK MENIFEE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 26th day of May, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE